UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Umicore Precious Metals Chemistry USA, LLC and Umicore AG & Co. KG, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 1:22-cv-12232-GAO |
| vs. | ) ) | **JURY TRIAL DEMANDED** |
| Trustees of Boston College, | ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT NOTICE FOR ENTRY OF AGREED PROTECTIVE ORDER

The parties have met and conferred and have agreed to a protective order as attached hereto, and jointly request that the Court enter the Agreed Protective Order as attached.

Jointly and respectfully submitted on this 17th day of August, 2023.

Dated:  August 17, 2023

Respectfully Submitted,

*/s/ Ruben J. Rodrigues*
Ruben J. Rodrigues (BBO# 676573)
John W. Custer (BBO# 705258)
Morgan McDonald (BBO# 705638)
Foley & Lardner LLP
111 Huntington Avenue
Boston, Massachusetts 02199
617.342.4000
617.342.4001
rrodrigues@foley.com
jcuster@foley.com
mmcdonald@foley.com

*Counsel for Plaintiffs*

1

<u>*/s/ Alicia Rubio-Spring*</u>
Brian Drummond (BBO# 688856)
Alicia Rubio-Spring (BBO# 692640)
Anna Zhou (BBO #711776)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570 1000
Fax.: (617) 523 1231
BDrummond@goodwinlaw.com
ARubio-Spring@goodwinlaw.com
AZhou@goodwinlaw.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed with the Court through the ECF system and that a copy will be electronically served on registered participants as identified on the Notice of Electronic Filing.

Dated:  August 17, 2023 /s/ *Ruben J. Rodrigues*
Ruben J. Rodrigues