UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Umicore Precious Metals Chemistry USA, LLC and Umicore AG & Co. KG,<br><br>Plaintiffs,<br><br>vs.<br><br>Trustees of Boston College,<br><br>Defendant. | C.A. No. 1:22-cv-12232-GAO |

# JOINT STATUS REPORT

Plaintiffs Umicore Precious Metals Chemistry USA, LLC and Umicore AG & Co. KG ("Plaintiffs") and Defendant Trustees of Boston College ("Defendant") (collectively, the "Parties") together submit the following Joint Status Report:

1. Plaintiff and XiMo, Inc., the third-party that Boston College has asserted has an exclusive license to U.S. Patent No. 9,938,253, which is the focus of this action, have recently engaged in negotiations in view of potentially resolving the present dispute between Plaintiff and Defendant.

2. The Parties have been working in good faith over the past few months to reach an agreement, including multiple in-person meetings in Europe and have recently been exchanging terms for a potential settlement.

3. Given this current status, the Parties believe than an additional sixty (60) day extension of the stay entered by this Court on July 29, 2024 (*see* Dkt. 83) would be appropriate.

4. This Court has scheduled a Telephone Status Conference on March 4, 2025. The Parties are amenable to proceeding with or postponing the status conference, however the Court would prefer to proceed.

1

Dated: February 25, 2025                                  Respectfully Submitted,


*/s/ Ruben J. Rodrigues*
Ruben J. Rodrigues (BBO# 676573)
Amani Kmeid (BBO #711302)
Morgan McDonald (BBO# 705638)
Foley & Lardner LLP
111 Huntington Avenue
Boston, Massachusetts 02199
617.342.4000
617.342.4001
rrodrigues@foley.com
akmeid@foley.com
mmcdonald@foley.com

*Counsel for Plaintiffs*


*/s/Brian Drummond*
Brian Drummond (BBO# 688856)
Alicia Rubio-Spring (BBO# 692640)
Anna Zhou (BBO #711776)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570 1000
Fax.: (617) 523 1231
BDrummond@goodwinlaw.com
ARubio-Spring@goodwinlaw.com
AZhou@goodwinlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing document was filed with the Court through the ECF system and that a copy will be electronically served on registered participants as identified on the Notice of Electronic Filing.

Dated: February 25, 2025                           */s/ Ruben J. Rodrigues*
                                                                              Ruben J. Rodrigues