UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Umicore Precious Metals Chemistry USA, LLC and Umicore AG & Co. KG,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Trustees of Boston College,<br><br>　　　　Defendant. | C.A. No. 1:22-cv-12232-GAO |

**JOINT STATUS REPORT**

Plaintiffs Umicore Precious Metals Chemistry USA, LLC and Umicore AG & Co. KG ("Plaintiffs") and Defendant Trustees of Boston College ("Defendant") (collectively, the "Parties") together submit the following Joint Status Report:

1. Plaintiff and XiMo, Inc., the third-party that Boston College has asserted has an exclusive license to U.S. Patent No. 9,938,253, which is the focus of this action, have engaged in productive negotiations over the preceding weeks with the goal of resolving the present dispute between Plaintiff and Defendant.

2. The Parties are working in good faith to reach an agreement and have exchanged full drafts of an agreement in the past two weeks that would resolve this dispute.

3. Given this current status, the Parties seek a sixty (60) day extension of the stay entered by this Court on July 29, 2024 (*see* Dkt. 83) and thereafter extended on October 1, 2024 (*see* Dkt. 87), November 12, 2024 (*see* Dkt. 88), January 14, 2025 (*see* Dkt. 90), February 26, 2025 (*see* Dkt 92), and May 6, 2025 (*see* Dkt. 95).

4. This Court has scheduled a Telephone Status Conference on July 8, 2025. The Parties are amenable to holding or moving said status conference, whichever this Court prefers.

Dated: June 25, 2025

Respectfully Submitted,

/s/ Ruben J. Rodrigues
Ruben J. Rodrigues (BBO# 676573)
Amani Kmeid (BBO #711302)
Morgan McDonald (BBO# 705638)
Foley & Lardner LLP
111 Huntington Avenue
Boston, Massachusetts 02199
617.342.4000
617.342.4001
rrodrigues@foley.com
akmeid@foley.com
mmcdonald@foley.com

*Counsel for Plaintiffs*

/s/ Brian Drummond
Brian Drummond (BBO# 688856)
Alicia Rubio-Spring (BBO# 692640)
Anna Zhou (BBO #711776)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570 1000
Fax.: (617) 523 1231
BDrummond@goodwinlaw.com
ARubio-Spring@goodwinlaw.com
AZhou@goodwinlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing document was filed with the Court through the ECF system and that a copy will be electronically served on registered participants as identified on the Notice of Electronic Filing.

Dated: June 25, 2025                                                   */s/ Ruben J. Rodrigues*
                                                                                        Ruben J. Rodrigues